MARKS, Appellant, v. SCHNITZLER, Respondent. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Henriette D. Marks against Abraham Schnitzler. M. Schleimer, for appellant. P. Heiliger, for respondent. No opinion. Order

affirmed, with $10 costs and disbursements. Order filed. See, also, 61 Misc. Rep. 218, 114 N. Y. Supp. 934.